# IN THE SUPREME COURT

**IN RE B.L.H. & Z.L.H.**

[362 N.C. 674 (2008)]

IN THE MATTER OF B.L.H. AND Z.L.H., MINOR CHILDREN

No. 259A08

(Filed 12 December 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 190 N.C. App. 142, 660 S.E.2d 255 (2008), reversing judgments entered 25 July 2007 by Judge Marvin P. Pope, Jr. in District Court, Buncombe County. Heard in the Supreme Court 14 October 2008.

*Charlotte W. Nallan for petitioner-appellant Buncombe County Department of Social Services.*

*Michael N. Tousey, Attorney Advocate, for appellant Guardian ad Litem.*

*Annick Lenoir-Peek, Assistant Appellate Defender, for respondent-appellee mother.*

PER CURIAM.

AFFIRMED.